1038

No. 83–710. BERKEMER, SHERIFF OF FRANKLIN COUNTY, OHIO *v.* MCCARTY. C. A. 6th Cir. Certiorari granted. 

No. 83–751. SECURITIES AND EXCHANGE COMMISSION ET AL. *v.* JERRY T. O'BRIEN, INC., ET AL. C. A. 9th Cir. Certiorari granted.

No. 83–226. ARIZONA *v.* RUMSEY. Sup. Ct. Ariz. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 83–5596. SPAZIANO *v.* FLORIDA. Sup. Ct. Fla. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 82–6991. REED *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–324. MICHAEL CONSTRUCTION CO. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 8th Cir. Certiorari denied.

No. 83–356. REY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–385. CLARK *v.* DOLE, SECRETARY OF TRANSPORTATION. C. A. D. C. Cir. Certiorari denied.

No. 83–403. SASSCER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 83–411. GULF OIL CORP. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. 3d Cir. Certiorari denied.

No. 83–413. CONTINENTAL AIRLINES, INC. *v.* ZIMMERMAN, TRUSTEE OF LUDWIG HONOLD MANUFACTURING CO., DEBTOR. C. A. 3d Cir. Certiorari denied.

No. 83–419. BOULIN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 83–424. PRESLEY *v.* GEOPHYSICAL SERVICE, INC. C. A. 5th Cir. Certiorari denied.